United States District Court

Eastern District of Louisiana

Whittaker

v.                                              CIVIL ACTION NO. 2:00-cv-00039 A

Whittaker

The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 10, 2000.

By Direction of the Court

LORETTA G. WHYTE, CLERK

```
                                    FILED
                               U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA

                              2000 JAN -6  P 12:44

                                 LORETTA G. WHYTE
                                      CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JOSEPHINE PEREZ WHITTAKER         CIVIL ACTION 00-0039

VERSUS                            NO.

EUGENE JOSEPH WHITTAKER           SECTION SECT. A MAG. 3

### NOTICE OF REMOVAL

COMES NOW, New Orleans Electrical Pension Plan, Petitioner here and a Defendant in the above entitled action, and shows in support of this Petition:

I.

The above entitled action was initiated against New Orleans Electrical Pension Plan by the filing of a Motion for Order to Prevent Distribution of Pension Plan Benefits.

II.

The Motion was filed in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, on or about December 16, 1999. Service on Defendant New Orleans Electrical Pension Plan was accomplished on January 4, 2000. A copy of the Motion for Order to Prevent Distribution of Pension Plan Benefits, No. 352-039 on the docket of the 24th Judicial District Court for the Parish of

```
                                    Fee 150.00
                                    Process
                                  X Dktd
                                    CtRmDep
                                    Doc.No.
```

Jefferson, State of Louisiana, is attached hereto and made a part hereof.

III.

This Honorable Court has original jurisdiction of this cause under §501(a), 29 U.S.C. §1132(a), as one arising under the laws of the United States as to which this Court has original jurisdiction.

IV.

Copies of all process, pleadings and orders served upon Defendant New Orleans Electrical Pension Plan are filed herewith and attached hereto.

WHEREFORE, Petitioner prays that this action be removed this 6th day of January, 2000.

                          Respectfully submitted,

                          HEALEY & SMITH, A PROFESSIONAL LAW CORPORATION

                          MARIE HEALEY, T.A., Bar Roll #6708
                          DANIEL A. SMITH, Bar Roll #12157
                          530 Natchez Street, Suite 300
                          New Orleans, Louisiana  70130
                          (504) 581-6700

## C E R T I F I C A T E

I hereby certify that copies of the above and foregoing pleadings have been served upon all parties, by Certified Mail, by depositing copies of same in the U.S. Mail, postage prepaid, this 6th day of January, 2000.

_____
MARIE HEALEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPHINE PEREZ WHITTAKER | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. |
| | * | |
| EUGENE JOSEPH WHITTAKER | * | SECTION |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| JOSEPHINE PEREZ WHITTAKER | * | 24TH JUDICIAL DISTRICT COURT |
| | * | FOR THE PARISH OF JEFFERSON |
| VERSUS | * | |
| | * | STATE OF LOUISIANA |
| EUGENE JOSEPH WHITTAKER | * | |
| | * | NO. 352-039 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF FILING
<u>NOTICE OF REMOVAL</u>

TO:  Gerard P. Archer
     3525 N. Causeway Blvd.
     Suite 201
     Metairie, Louisiana 70002

     Eugene Joseph Whittaker
     4245 Fifth Ave., Apt. C-2
     Lake Charles, LA  70605

PLEASE TAKE NOTICE, pursuant to 28 U.S.C. §1446 that Defendant New Orleans Electrical Pension Plan, on January 6, 2000, filed in the United States District Court for the Eastern District of Louisiana, a Notice for the removal of the above entitled and numbered cause from the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, said matter entitled "Josephine Perez Whittaker v. Eugene Joseph Whittaker", bearing docket number 352-039 of the 24th Judicial District Court for the Parish of

Jefferson, State of Louisiana, copies of which documents are attached hereto.

New Orleans, Louisiana, this 6th day of January, 2000.

Respectfully submitted,

HEALEY & SMITH, A PROFESSIONAL
LAW CORPORATION

_____
MARIE HEALEY, T.A., Bar Roll #6708
DANIEL A. SMITH, Bar Roll #12157
530 Natchez Street, Suite 300
New Orleans, Louisiana 70130
(504) 581-6700

## C E R T I F I C A T E

I hereby certify that copies of the above and foregoing pleadings have been served upon all parties, by Certified Mail, by depositing copies of same in the U.S. Mail, postage prepaid, this 6th day of January, 2000.

_____
MARIE HEALEY

C:\MyFiles\Noep99\QDROs\Whittaker-259\Pleadings\Removal Pleadings.wpd\tcg