

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPHINE PEREZ WHITTAKER | * | CIVIL ACTION |
| VERSUS | * | NO:00-0039 |
| EUGENE JOSEPH WHITTAKER | * | SECTION "A" |
| | * | MAGISTRATE |

\* \* \* \* \* \* \* \* \*

---
MOTION FOR EXTENSION OF TIME
---

NOW COMES the New Orleans Electrical Pension Plan, through its undersigned counsel, and moves the Court for an extension of time of 20 days within which to file responsive pleadings to the above captioned and numbered action and represents that no prior extension of time has been sought and that discussions that may lead to the resolution of this case within that time period have occurred so that it is in the interest of judicial economy to

DATE OF ENTRY  JAN 2 6 2000



extend the time to respond in the hope that said discussions may be brought to fruition.

```
                              _____
                              DANIEL A. SMITH (Bar #12157)
                              MARIE HEALEY (Bar #6708)
                                    OF
                              HEALEY & SMITH
                              530 Natchez Street, Suite 300
                              New Orleans, Louisiana 70130
                              Telephone: (504) 581-6700
```

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Extension of Time was duly served on the parties listed in the matrix annexed hereto by placing a copy thereof in the United States Mail, postage prepaid this __20__ day of January, 2000.

```
                              _____
                              DANIEL A. SMITH
```

**MATRIX**

Gerard P. Archer, Esq.
3525 N. Causeway Blvd.
Suite 201
Metairie, LA  70002


Mr. Eugene Joseph Whittaker
4245 Fifth Avenue, Apt. C-2
Lake Charles, LA  70605

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPHINE PEREZ WHITTAKER | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0039 |
| EUGENE JOSEPH WHITTAKER | * | SECTION "A" |
| | * | MAGISTRATE |

\* \* \* \* \* \* \* \* \*

## ORDER

IT IS HEREBY ORDERED that the New Orleans Electrical Pension Plan be and it is hereby granted an extension of time of 20 days within which to file responsive pleadings to the above captioned and numbered case.

NEW ORLEANS, LOUISIANA this 25th day of January, 2000.

_____
UNITED STATES DISTRICT JUDGE

C:\MyFiles\Noep2000\QDROs\Whittaker-259\Pleadings\Motion & Order for Extension.wpd\tcg