

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 14 P 3: 17

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPHINE PEREZ WHITTAKER | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0039 |
| EUGENE JOSEPH WHITTAKER | * | SECTION "A" |
| | * | MAGISTRATE |

* * * * * * * * *

**SECOND MOTION FOR EXTENSION OF TIME**

NOW COMES Defendant, the New Orleans Electrical Pension Plan, through its undersigned counsel, and considering that Defendant's response to Plaintiff's complaint is due as of February 14, 2000, moves the Court for a further extension of time of fifteen days within which to file responsive pleadings to the above captioned and numbered action, on the basis that:

1.

The parties have actively pursued settlement in this matter and a resolution of all outstanding matters at issue has already been reached, subject to dismissal of this action.

2.

A Joint Stipulation of Dismissal of this entire action has also been agreed and circulated for signature among the parties, at

FEB 15 2000

DATE OF ENTRY



various locations, but it has not yet been forwarded to the undersigned for filing with the Court.

3.

Undersigned counsel has been unsuccessful in contacting counsel for Plaintiff herein, Gerard P. Archer, in order to ascertain the whereabouts of the aforesaid documents and to inquire whether he has any objection to the filing of this further request for extension of time within which to file responsive pleadings. However, undersigned counsel has no reason to believe Plaintiff has any objection to this request.

```
DANIEL A. SMITH (Bar #12157)
MARIE HEALEY (Bar #6708)
     OF
HEALEY & SMITH
530 Natchez Street, Suite 300
New Orleans, Louisiana 70130
Telephone: (504) 581-6700
```

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Second Motion for Extension of Time was duly served on the parties listed in the matrix annexed hereto by placing a copy thereof in the United States Mail, postage prepaid this 14 day of February, 2000.

DANIEL A. SMITH

**MATRIX**

Gerard P. Archer, Esq.
3525 N. Causeway Blvd.
Suite 201
Metairie, LA  70002


Mr. Eugene Joseph Whittaker
4245 Fifth Avenue, Apt. C-2
Lake Charles, LA  70605

C:\MyFiles\Noep2000\QDROs\Whittaker-259\Pleadings\2d Mot for Xtsn of time.wpd\tcg

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPHINE PEREZ WHITTAKER | * | CIVIL ACTION |
| VERSUS | * | NO:00-0039 |
| EUGENE JOSEPH WHITTAKER | * | SECTION "A" |
| | * | MAGISTRATE |

\* \* \* \* \* \* \* \* \*

ORDER

IT IS HEREBY ORDERED that the New Orleans Electrical Pension Plan be and it is hereby granted a further extension of time of fifteen days, commencing February 15, 2000, within which to file responsive pleadings to the above captioned and numbered case.

NEW ORLEANS, LOUISIANA this _14th_ day of February, 2000.

_____
UNITED STATES DISTRICT JUDGE

C:\MyFiles\Noep2000\QDROs\Whittaker-259\Pleadings\2d Mot for Xtsn of time.wpd\tcg