

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 18  P 2:57

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPHINE PEREZ WHITTAKER | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0039 |
| EUGENE JOSEPH WHITTAKER | * | SECTION "A" |
| | * | MAGISTRATE |

* * * * * * * * *

### STIPULATION OF DISMISSAL

NOW COME Josephine Perez Whittaker and the New Orleans Electrical Pension Plan, through their respective undersigned counsel, and Eugene Joseph Whittaker, in proper person, and hereby stipulate to the dismissal of the Motion for Order to Prevent Distribution of Pension Plan Benefits and to the dismissal of the New Orleans Electrical Pension Plan from this case.  The parties

FEB 23 2000

DATE OF ENTRY_____



further stipulate that the dismissals herein constitute a dismissal of all of the actions pending in this removed case.

_____
GERARD P. ARCHER (Bar #14053)
3525 N. Causeway Blvd., Suite 201
Metairie, Louisiana 70002
Telephone: (504) 833-3036


_____
DANIEL A. SMITH (Bar #12157)
MARIE HEALEY (Bar #6708)
    of
HEALEY & SMITH
530 Natchez Street, Suite 300
New Orleans, Louisiana 70130
Telephone: (504) 581-6700


_____
EUGENE JOSEPH WHITTAKER, In Proper Person
4245 Fifth Avenue, Apt. C-2
Lake Charles, Louisiana 70605
Telephone: (318) 478-2358

```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA
```

| | | |
|---|---|---|
| JOSEPHINE PEREZ WHITTAKER | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0039 |
| EUGENE JOSEPH WHITTAKER | * | SECTION "A" |
| | * | MAGISTRATE |
| * * * * * * * * * | | |

                            _____

                                  ORDER
                            _____


THE COURT having considered the stipulation of the parties,

IT IS HEREBY ORDERED that the Motion for Order to Prevent Distribution of Pension Plan Benefits be and it is hereby dismissed and the New Orleans Electrical Pension Plan be and it is hereby dismissed from this action, which dismissals constitute a resolution and dismissal of all issues removed in this case.

NEW ORLEANS, LOUISIANA this 22 day of February, 2000.

                                    _____
                                       UNITED STATES DISTRICT JUDGE

C:\MyFiles\Noep2000\QDROs\Whittaker-259\Pleadings\Stipulation & Order of Dismissal.wpd\tcg